# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH NEBROSKIE, *et al.*, | : | **CIVIL NO.: 3:19-CV-00705** |
| Plaintiffs, | : | |
| v. | : | (Chief Magistrate Judge Schwab) |
| AMERILINE TRUCKING INCORPORATED *et al.*, | : | |
| Defendants. | : | |

## ORDER
November 18, 2019

For the reasons set forth in the accompanying memorandum, **IT IS ORDERED** that this case is **DISMISSED WITH PREJUDICE** for the plaintiffs' failure to prosecute their case and failure to abide by court orders. The Clerk of Court is directed to close this case.

*S/Susan E. Schwab*
Susan E. Schwab
Chief United States Magistrate Judge